**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

DAMIEN ALEXANDER PHILLIPS,

Plaintiff,

v.

NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,

Defendants.

Case No. 3:24-CV-00293-ART-CLB

**ORDER GRANTING MOTION TO AMEND COMPLAINT**

[ECF No. 34]

Pending before the Court is Plaintiff Damien Phillips's ("Phillips") motion to amend his complaint. (ECF No. 34.) Phillips seeks to add Defendants "'Eric Romero, Fuller, Corrujedo, and Alex Bravo, based on discovery received from the respondents." (*Id.* at 1.) Defendants filed a notice of non-opposition in response stating they "have no opposition to substituting these Defendants in the place of Doe Defendants." (ECF No. 35.) Accordingly, the Court grants Phillips's motion as unopposed.

## I.    CONCLUSION

**IT IS THEREFORE ORDERED** that Phillips's motion to amend his complaint, (ECF No. 34), is **GRANTED**.

**IT IS FURTHER ORDERED** that Phillips's Second Amended Complaint, (ECF No. 19), is deemed amended to reflect the following: Eric Romero, Fuller, Corrujedo, and Alex Bravo are added as defendants. The Clerk is directed to add these names to the docket as defendants in this action.

**IT IS FURTHER ORDERED** that on or before **Friday, July 24, 2026**, the Attorney General's Office shall file a notice advising the Court and Phillips of whether it will accept service on behalf of: (1) Eric Romero; (2) Fuller; (3) Corrujedo; and (4) Alex Bravo. If the Attorney General's Office cannot accept service on behalf of any of these defendants, they shall file, under seal, but shall not serve on Phillips, the last known address of said defendants, if it has such information. If the last known address is a post office box, the

Attorney General's Office shall attempt to obtain and provide the last known physical address.

**IT IS FURTHER ORDERED** that if the Attorney General's Office declines to accept service on behalf of any defendant, Phillips shall file a motion requesting issuance of a summons and to have the U.S. Marshals serve said defendant(s) on his behalf.

**IT IS FURTHER ORDERED** that if the Attorney General's Office accepts service on behalf of any defendant(s), they must file an answer or other response on their behalf on or before **Friday, September 4, 2026**.

**DATED**: _July 2, 2026_____.

_____
**UNITED STATES MAGISTRATE JUDGE**

2