AARON D. FORD
Attorney General
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1150
Email: drands@ag.nv.gov

*Attorneys for Defendants Radek Dvorak, Richard Wesling, Joseph Swartz, Jonathan Corrujedo, Eric Romero, Miguel Fuller-Brisbon and Alex Bravo*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAMIEN PHILLIPS,

Plaintiff,

v.

NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,

Defendants.

Case No. 3:24-cv-00293-ART-CLB

**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME (ECF No. 38) (FIRST REQUEST)**

Defendants, Radek Dvorak, Richard Wesling, Joseph Swartz, Jonathan Corrujedo, Eric Romero, Miguel Fuller-Brisbon and Alex Bravo by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby move this Court for an extension of time to file a response to Plaintiff's Motion to Stay Restitution Payments. (ECF No. 38) (Counsel's First Request). This Motion is made and based upon Federal Rules of Civil Procedure 6(b)(1)(A), the attached Points and Authorities, the papers and pleadings on file herein, and such other and further information as this Court may deem appropriate.

///

///

///

## _MEMORANDUM OF POINTS AND AUTHORITIES

## I. FACTUAL ANALYSIS

This is a pro se civil rights lawsuit, pursuant to a Complaint, brought by Plaintiff Damian A. Phillips (“Phillips”) under 42 U.S.C. § 1983. (ECF No. 13). Pursuant to this Court’s Screening Order, Phillips was allowed to proceed with an Eighth Amendment excessive force claim against Defendants Richard Wesling, Joseph Swartz (named as “Schartz”), Sgt. Radek Dvorak (named as “Divorak”), John DOE COs and John Doe CERT Officers. ECF No. 18 at 23:10-13. He was subsequently allowed to add additional parties. Phillips has moved to stay restitution payments from his trust accounts. (ECF No. 38) Phillips has filed a 48 page motion, with exhibits. (*Id.*)

As the Court is aware, Counsel has recently taken on several new cases from attorneys who have recently left the Office of the Attorney General. Many of these cases had impending deadlines. Counsel will be out of the office during the week of Labor Day on a preplanned holiday. Due to the above, Counsel will not be able to properly prepare and support the necessary response to the motion. Therefore, Counsel requests an additional 15 days to file the response to Plaintiff’s motion.

## II. LEGAL ANALYSIS

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Further, the Local Rules of Practice require a showing of good cause for a request made within 21 days of the subject deadline. LR 26-3. Finally, this Court noted in the November 30, 2023, extension that “[n]o further extensions of time will be granted absent extraordinary circumstances.” ECF No. 40 at 1:23.

///

Good cause exists to grant the requested extension of time, which is filed within 21 days of the subject deadline. Defendants' request for a brief extension of time will not hinder or prejudice Plaintiff's case but will allow for a thorough opportunity to file a complete response to his motion. Defendants assert that the requisite good cause is present to warrant the requested extension of time. Further, extraordinary circumstances exist for the extension based the suddenly increased workload. In light of this situation, it is respectfully asserted that a short extension is warranted. Therefore, a 15-day extension is requested.

## III. CONCLUSION

Defendants asserts that the requisite good cause and extraordinary circumstances are present to warrant the requested extension of time. Therefore, Defendants request an extension to file their response to Plaintiff's motion. The Defendants request an extension of 15 days, or to **Monday, September 21, 2026,** to file their response**.**

DATED this 3rd day of September, 2026.

AARON D. FORD
Attorney General

By: */s/ Douglas R. Rands*
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General

*Attorneys for Defendants*

**IT IS SO ORDERED.**

**DATED:** September 4, 2026.

UNITED STATES MAGISTRATE JUDGE