**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

DAMIEN ALEXANDER PHILLIPS,

Plaintiff,

v.

NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,

Defendants.

Case No. 3:24-CV-00293-ART-CLB

**ORDER TO FILE OPPOSITION TO MOTION TO STAY RESTITUTION PAYMENTS**

On August 21, 2025, Plaintiff filed a motion to stay restitution payments. (ECF No. 38.) Defendants' opposition or response to this motion was due no later than September 4, 2026. Thereafter, Defendants filed two requests to extend time to file a response. (ECF Nos. 40, 42.) The Court granted both requests. (ECF Nos. 41, 43.) Accordingly, Defendants' response to this motion was due by October 1, 2026. To date, no response to this motion has been filed.

The Court will *sua sponte* grant Defendants **one** further extension of time to **Wednesday, October 21, 2026**, to file an opposition or response to Plaintiff's motion. No further extensions of time shall be granted. If Defendants fail to file an opposition or response, the motion will be submitted to the Court for decision as unopposed.

**IT IS SO ORDERED.**

**DATED**: October 15, 2026

**UNITED STATES MAGISTRATE JUDGE**